894

No. 413. Miyaki *v.* Robinson, District Director, Immigration and Naturalization Service. C. A. 7th Cir. Certiorari denied. *Thomas Masuda* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for respondent.

No. 417. Yurdin et al. *v.* Town Plan & Zoning Commission of the Town of Fairfield et al. Supreme Court of Errors of Connecticut. Certiorari denied. *George A. Saden* for petitioners. *Norman K. Parsells* and *Irwin E. Friedman* for respondents.

No. 419. Hodges et al. *v.* Hodges, Sheriff, et al. Court of Appeals of Kentucky. Certiorari denied. *Cleon K. Calvert* for petitioners. *Maxey B. Harlin, Jr.* for respondents.

No. 423. Cooper *v.* California. Appellate Department of the Superior Court of California, Los Angeles County. Certiorari denied. *Edward Mosk* for petitioner. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 410. St. Louis Amusement Co. *v.* Federal Communications Commission et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this application. *Russell Hardy, Sr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, John L. Fitzgerald* and *Richard A. Solomon* for the Federal Communications Commission, and *Ralph F. Colin* and *Ambrose Doskow* for the Columbia Broadcasting System, Inc., respondents.